## STATEMENT OF FACTS

On Saturday, 09/16/2006, at 9:13 p.m., sworn officers of the Metropolitan Police Department executed a search warrant at XXXX XXXX XXXXXXX Drive, N.W., Apartment # X-X,Washington, D.C.   During the execution of the search warrant, the defendant, FRANCIS PEREZ, was located by the kitchen sink with the water running.  Inside of the sink, officers recovered 80 grams of a white powder substance which was wet.  Also recovered from the kitchen was 1440 grams of a white powder substance which was located on the kitchen counter and on three plates on top of the kitchen cabinet. The second defendant, RAMONA BAEZ, was located in the bedroom standing by a closet.  Officers recovered 767 grams of a white powder substance from the floor of the closet.  The powder substances field tested positive for cocaine. During the search of the bedroom, officers recovered approximately $3460.00 in United States currency from the dresser next to the bed.  Also recovered from the bedroom were photographs and mail matter in names of PEREZ and BAEZ.  In the officer's experience, the amount of the cocaine indicated that it was intended for distribution rather than for personal use.


_____

DETECTIVE ALLEE RAHMADHAN
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2006.


_____

U.S. MAGISTRATE JUDGE

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

### CRIMINAL COMPLAINT

**FRANCIS PEREZ**
**DOB: xx/xx/77**

**RAMONA BAEZ**
**DOB: xx/xx/64**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___**SEPTEMBER 16,  2006**___ in ___WASHINGTON___ county, in the _____ District of ___**COLUMBIA**___ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess  with intent to distribute a mixture  and  substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title ___21___ United States Code, Section(s) ___841(b)(1)(a)___.

I further state that I am ___**DETECTIVE ALLEE RAMADHAN, JR**___, and that this complaint is based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes    ☐ No

_____
Signature of Complainant
**DETECTIVE ALLEE RAMADHAN, JR**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    ___Washington, D.C.___
**Date**                                               **City and State**

_____         _____
**Name & Title of Judicial Officer**                  **Signature of Judicial Officer**