UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v : | **Criminal Case No. 06-304 (JR)** |
| : | Judge Robertson |
| **FRANCIS PEREZ,** : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE**

The defendant Francis Perez, through counsel and with the consent of the United States, requests that the May 27th, 2008, trial date in this matter be continued and for reasons states:

That counsel for both the United States and for the defendant have been in a trial or preparing for a retrial for the better part of eight weeks (U.S. v. A. M. Suggs, et al. 07-CR152 ESH);

That Counsel for the Defendant would like additional time to discuss alternatives to trial with the Defendant.

That the Defendant has authorized Counsel to request a continuance in this matter.

*Wherefore*, for these reasons and any others that may be advanced, Mr. Perez requests that this motion be granted and the trial date scheduled for May 27th, 2008, be continued.

        Respectfully submitted,

        _____
        Ron Earnest
        DC Bar 477305
        8121 Georgia Ave. 406
        Silver Spring, MD 20910

        CERTIFICATE OF SERVICE

_____I hereby certify that a copy of this motion was submitted to all interested parties through the Electronic Case Filing (ECF) system.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v : | **Criminal Case No. 06-304 (JR)** |
| **FRANCIS PEREZ,** : | **Judge Robertson** |
| Defendant. : | |

**ORDER**

Upon consideration of Defendant Perez's motion to continue the trial, it is this ____ day of _____, 2008, hereby

**ORDERED** that Defendant's Motion is granted; and it is further

**ORDERED** that the May 27th, 2008, trial date is continued to a date convenient to all parties.

**SO ORDERED.**

_____
JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE